(Official Form 1) (9/01)

| FORM B1 | United States Bankruptcy Court<br>Middle District of Florida | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle)<br>**KENNEY, MAUREEN ANN** | Name of Joint Debtor (Spouse) (Last, First, Middle)<br>**KENNEY, PATRICK JOHN** |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names)<br>**MAUREEN ANN MINARD** | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names) |
| Soc Sec /Tax I D No (if more than one, state all)<br>**XXX-XX-8800** | Soc Sec /Tax I D No (if more than one, state all)<br>**XXX-XX-5582** |
| Street Address of Debtor (No & Street, City, State & Zip Code)<br>**21152 TED ROAD**<br>**BROOKSVILLE, FL 34601** | Street Address of Joint Debtor (No & Street, City, State & Zip Code)<br>**21152 TED ROAD**<br>**BROOKSVILLE, FL 34601** |
| County of Residence or of the<br>Principal Place of Business   **HERNANDO** | County of Residence or of the<br>Principal Place of Business   **HERNANDO** |
| Mailing Address of Debtor (if different from street address)<br>**PO BOX 10538**<br>**BROOKSVILLE, FL 34603** | Mailing Address of Joint Debtor (if different from street address)<br>**PO BOX 10538**<br>**BROOKSVILLE, FL 34603** |

| Location of Principal Assets of Business Debtor<br>(if different from street address above) |
|---|

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|---|
| ■ Individual(s) | ☐ Railroad | ■ Chapter 7   ☐ Chapter 11   ☐ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9   ☐ Chapter 12 |
| ☐ Partnership | ☐ Commodity Broker | ☐ See 304 - Case ancillary to foreign proceeding |
| ☐ Other_____ | | |

| **Nature of Debts** (Check one box) | | **Filing Fee** (Check one box) |
|---|---|---|
| ■ Consumer/Non-Business | ☐ Business | ■ Full Filing Fee attached |

**Chapter 11 Small Business** (Check all boxes that apply)
- ☐ Debtor is a small business as defined in 11 U S C § 101
- ☐ Debtor is and elects to be considered a small business under 11 U S C § 1121(e) (Optional)

☐ Filing Fee to be paid in installments (Applicable to individuals only ) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments Rule 1006(b) See Official Form No 3

*** ZIONA KOPELOVICH, ESQ. 0825913 ***

**Statistical/Administrative Information** (Estimates only)
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors

| Estimated Number of Creditors | 1-15 ☐ | 16-49 ■ | 50-99 ☐ | 100-199 ☐ | 200-999 ☐ | 1000-over ☐ |
|---|---|---|---|---|---|---|

| Estimated Assets | $0 to $50 000 ☐ | $50,001 to $100,000 ☐ | $100,001 to $500,000 ■ |
|---|---|---|---|

**ORDER FOR RELIEF GRANTED**

| Estimated Debts | $0 to $50 000 ☐ | $50,001 to $100,000 ☐ | $100,001 to $500,000 ☐ |
|---|---|---|---|

Michael G. Williamson, Bankruptcy Judge

FILED: DECEMBER 31, 2003

THIS SPACE IS FOR COURT USE ONLY

03-26646-8W7

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s)　　　　　　　　　　FORM B1, Page 2 <br> **KENNEY, MAUREEN ANN** <br> **KENNEY, PATRICK JOHN** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location <br> Where Filed　**- None -** | Case Number | Date Filed |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor <br> **- None -** | Case Number | Date Filed |
| District | Relationship | Judge |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition

X _*signature*_
Signature of Debtor **MAUREEN ANN KENNEY**

X _*signature*_
Signature of Joint Debtor **PATRICK JOHN KENNEY**

Telephone Number (If not represented by attorney)

**12/23/03**
Date

X _*signature*_
Signature of Attorney
**ZIONA KOPELOVICH, ESQ. 0825913**
Signature of Attorney for Debtor(s)

Printed Name of Attorney for Debtor(s)

**FEINBERG, ISAAK, & SMITH, P.A.**
Firm Name

**D/B/A DEBT RELIEF LEGAL CENTERS**
**P.O. BOX 172239**
**TAMPA, FL 33672-0239**
Address

**813-229-2221  Fax: 813-225-1315**
Telephone Number

_December 30, 2003_
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e g , forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter

X _*signature* Ziona Kopelovich, December 30_
Signature of Attorney for Debtor(s)　　Date　**2003**
**ZIONA KOPELOVICH, ESQ.**

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition

■ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U S C § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both  11 U S C § 110, 18 U S C § 156

# United States Bankruptcy Court
## Middle District of Florida

In re    **MAUREEN ANN KENNEY,**
        **PATRICK JOHN KENNEY**

Case No _____

                                Debtors

Chapter _____ **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided Add the amounts from Schedules A and B to determine the total amount of the debtor's assets Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO OF SHEETS | AMOUNTS SCHEDULED | | |
|---|---|---|---|---|---|
| | | | ASSETS | LIABILITIES | OTHER |
| A - Real Property | Yes | 1 | 160,000.00 | | |
| B - Personal Property | Yes | 3 | 19,514.00 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 158,000.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 7 | | 70,734.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 3,939.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 3,996.00 |
| Total Number of Sheets of ALL Schedules | | 19 | | | |
| | Total Assets | | 179,514.00 | | |
| | Total Liabilities | | | 228,734.00 | |

In re   **MAUREEN ANN KENNEY,**                              Case No _____
        **PATRICK JOHN KENNEY**

_____
                        Debtors

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community " If the debtor holds no interest in real property, write "None" under "Description and Location of Property "

Do not include interests in executory contracts and unexpired leases on this schedule List them in Schedule G - Executory Contracts and Unexpired Leases

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim (See Schedule D) If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim "

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **HOMESTEAD**<br>Location: 21152 TED ROAD, BROOKSVILLE FL 34601 | **HOMESTEAD** | **J** | **160,000.00** | **138,000.00** |

|  | | | |
|---|---|---|---|
| Sub-Total - | **160,000.00** | (Total of this page) |
| Total - | **160,000.00** | |

**0**_____ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

In re    **MAUREEN ANN KENNEY,**                                    Case No _____
      **PATRICK JOHN KENNEY**

                     Debtors

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None " If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community " If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt

Do not list interests in executory contracts and unexpired leases on this schedule List them in Schedule G - Executory Contracts and Unexpired Leases

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property "

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1 | Cash on hand | X | | | |
| 2 | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives | | CHECKING ACCOUNT  BANK OF AMERICA | J | 50.00 |
| 3 | Security deposits with public utilities, telephone companies, landlords, and others | | SECURITY DEPOSIT  WREC | J | UNDETERMINED |
| 4 | Household goods and furnishings, including audio, video, and computer equipment | | COUCH, CHAIR, 2 TABLE, BED, DRESSER, 2 TV, STEREO, VCR, WASHER/ DRYER, REFRIGERATOR, STOVE, MICROWAV | J | 700.00 |
| 5 | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles | | BOOKS, PICTURES & PHOTOS | J | 10.00 |
| 6 | Wearing apparel | | WEARING APPAREL | J | 25.00 |
| 7 | Furs and jewelry | | JEWELRY | J | 200.00 |
| 8 | Firearms and sports, photographic, and other hobby equipment | X | | | |
| 9 | Interests in insurance policies Name insurance company of each policy and itemize surrender or refund value of each | | LIFE INSURANCE  ZURICK LIFE | J | UNDETERMINED |

Sub-Total >                 **985.00**
(Total of this page)

  **2**   continuation sheets attached to the Schedule of Personal Property

In re   **MAUREEN ANN KENNEY,**           Case No _____
        **PATRICK JOHN KENNEY**

_____,
              Debtors

## SCHEDULE B. PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10  Annuities  Itemize and name each issuer | X | | | |
| 11  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans  Itemize | X | | | |
| 12  Stock and interests in incorporated and unincorporated businesses Itemize | | **STOCKS**  **THE FINISHING TOUCH CLEANING CARE PROFEESIONAL INC.** | W | 500.00 |
| 13  Interests in partnerships or joint ventures  Itemize | X | | | |
| 14  Government and corporate bonds and other negotiable and nonnegotiable instruments | X | | | |
| 15  Accounts receivable | X | | | |
| 16  Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled  Give particulars | X | | | |
| 17  Other liquidated debts owing debtor including tax refunds  Give particulars | | **2003 ESTIMATED INCOME TAX REFUND**  **2003 EARNED INCOME CREDIT** | J  J | **UNDETERMINED**  **UNDETERMINED** |
| 18  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property | X | | | |
| 19  Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust | X | | | |

Sub-Total >          **500.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

In re   **MAUREEN ANN KENNEY,**           Case No _____
        **PATRICK JOHN KENNEY**

_____
                    Debtors

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 20 | Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims Give estimated value of each | X | | | |
| 21 | Patents, copyrights, and other intellectual property Give particulars | X | | | |
| 22 | Licenses, franchises, and other general intangibles Give particulars | X | | | |
| 23 | Automobiles, trucks, trailers, and other vehicles and accessories | | 1992 ISUZU PICKUP (200,000 MILES) VIN#4S1CL11L1N4212482 | W | 750.00 |
| | | | 2001 SUZUKI (50,000 MILES) VIN#JS3TY92V214106349 | W | 17,275.00 |
| 24 | Boats, motors, and accessories | X | | | |
| 25 | Aircraft and accessories | X | | | |
| 26 | Office equipment, furnishings, and supplies | X | | | |
| 27 | Machinery, fixtures, equipment, and supplies used in business | X | | | |
| 28 | Inventory | X | | | |
| 29 | Animals | | 2 DOGS, 2 CATS | J | 4.00 |
| 30 | Crops - growing or harvested Give particulars | X | | | |
| 31 | Farming equipment and implements | X | | | |
| 32 | Farm supplies, chemicals, and feed | X | | | |
| 33 | Other personal property of any kind not already listed | X | | | |

| | |
|---|---|
| Sub-Total > (Total of this page) | 18,029.00 |
| Total > | 19,514.00 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

In re    MAUREEN ANN KENNEY,                                    Case No _____
        PATRICK JOHN KENNEY

                                                      Debtors

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under
*[Check one box]*
☐ 11 U S C  §522(b)(1)    Exemptions provided in 11 U S C  §522(d) Note  These exemptions are available only in certain states
■ 11 U S C  §522(b)(2)    Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has
                              been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day
                              period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest
                              is exempt from process under applicable nonbankruptcy law

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** <br> HOMESTEAD <br> Location: 21152 TED ROAD, BROOKSVILLE FL 34601 | **Fla. Const. art. X, § 4(a)(1); Fla. Stat. Ann. §§ 222.01, 222.02, 222.05** | **22,000.00** | **160,000.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** <br> CHECKING ACCOUNT <br><br> BANK OF AMERICA | **Fla. Const. art. X, § 4(a)(2)** | **50.00** | **50.00** |
| **Security Deposits with Utilities, Landlords, and Others** <br> SECURITY DEPOSIT <br><br> WREC | **Fla. Const. art. X, § 4(a)(2)** | **UNDETERMINED** | **UNDETERMINED** |
| **Household Goods and Furnishings** <br> COUCH, CHAIR, 2 TABLE, BED, DRESSER, 2 TV, STEREO, VCR, WASHER/ DRYER, REFRIGERATOR, STOVE, MICROWAV | **Fla. Const. art. X, § 4(a)(2)** | **700.00** | **700.00** |
| **Books, Pictures and Other Art Objects; Collectibles** <br> BOOKS, PICTURES & PHOTOS | **Fla. Const. art. X, § 4(a)(2)** | **10.00** | **10.00** |
| **Wearing Apparel** <br> WEARING APPAREL | **Fla. Const. art. X, § 4(a)(2)** | **25.00** | **25.00** |
| **Furs and Jewelry** <br> JEWELRY | **Fla. Const. art. X, § 4(a)(2)** | **200.00** | **200.00** |
| **Interests in Insurance Policies** <br> LIFE INSURANCE <br><br> ZURICK LIFE | **Fla. Stat. Ann. § 222.13** | **UNDETERMINED** | **UNDETERMINED** |
| **Stock and Interests in Businesses** <br> STOCKS <br><br> THE FINISHING TOUCH CLEANING CARE PROFEESIONAL INC. | **Fla. Const. art. X, § 4(a)(2)** | **500.00** | **500.00** |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** <br> 2003 ESTIMATED INCOME TAX REFUND | **Fla. Const. art. X, § 4(a)(2)** | **0.00** | **UNDETERMINED** |
| 2003 EARNED INCOME CREDIT | **Fla. Stat. Ann. § 222.25(3)** | **UNDETERMINED** | **UNDETERMINED** |

   __1__  continuation sheets attached to Schedule of Property Claimed as Exempt

In re    **MAUREEN ANN KENNEY,**             Case No _____
        **PATRICK JOHN KENNEY**

                              Debtors

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT
## (Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Automobiles, Trucks, Trailers, and Other Vehicles** <br> **1992 ISUZU PICKUP (200,000 MILES)** <br> **VIN#4S1CL11L1N4212482** | **Fla. Stat. Ann. § 222.25(1)** | **750.00** | **750.00** |
| **2001 SUZUKI (50,000 MILES)** <br> **VIN#JS3TY92V214106349** | **Fla. Stat. Ann. § 222.25(1)** | **0.00** | **17,275.00** |
| **Animals** <br> **2 DOGS, 2 CATS** | **Fla. Const. art. X, § 4(a)(2)** | **4.00** | **4.00** |

Sheet ___1___ of ___1___ continuation sheets attached to the Schedule of Property Claimed as Exempt

In re    **MAUREEN ANN KENNEY,**            Case No  _____
      **PATRICK JOHN KENNEY**

_____,
Debtors

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests List creditors in alphabetical order to the extent practicable If all secured creditors will not fit on this page, use the continuation sheet provided

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community "

If the claim is contingent, place an "X" in the column labeled "Contingent " If the claim is unliquidated, place an "X" in the column labeled "Unliquidated " If the claim is disputed, place an "X" in the column labeled "Disputed " (You may need to place an "X" in more than one of these three columns )

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule Report this total also on the Summary of Schedules

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | Husband  Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No | | | | | PURCHASE MONEY SECURITY INTEREST IN AUTOMOBILE. | | | | | |
| Creditor #: 1 AMERICAN SUZUKI PO BOX 681811 FRANKLIN, TN 37068 | | | | J | 2001 SUZUKI (50,000 MILES) VIN#JS3TY92V214106349 | | | | | |
| | | | | | Value $          17,275.00 | | | | 20,000.00 | 2,725.00 |
| Account No | | | | | 1ST MORTGAGE ON HOMESTEAD | | | | | |
| Creditor #: 2 CHASE MANHATTAN BANK PO BOX 9001871 LOUISVILLE, KY 40290 | | | | J | HOMESTEAD Location: 21152 TED ROAD, BROOKSVILLE FL 34601 | | | | | |
| | | | | | Value $     160,000 00 | | | | 118,000.00 | 0.00 |
| Account No | | | | | 2ND MORTGAGE ON HOMESTEAD | | | | | |
| Creditor #: 3 SUNTRUST MORTGAGE PO BOX 305053 NASHVILLE, TN 37230 | | | | J | HOMESTEAD Location: 21152 TED ROAD, BROOKSVILLE FL 34601 | | | | | |
| | | | | | Value $     160,000.00 | | | | 20,000.00 | 0.00 |
| Account No | | | | | | | | | | |
| | | | | | Value $ | | | | | |

  **0**   continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | 158,000.00 | |
| Total (Report on Summary of Schedules) | 158,000.00 | |

Copyright (c) 1996-2000 - Best Case Solutions, Inc - Evanston, IL - (800) 492-8037                                             Best Case Bankruptcy

In re    **MAUREEN ANN KENNEY,**        Case No _____
         **PATRICK JOHN KENNEY**

_____,
                            Debtors

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided  Only holders of unsecured claims entitled to priority should be listed in this schedule  In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of this petition

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community "

If the claim is contingent, place an "X" in the column labeled "Contingent " If the claim is unliquidated, place an "X" in the column labeled "Unliquidated " If the claim is disputed, place an "X" in the column labeled "Disputed " (You may need to place an "X" in more than one of these three columns )

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet  Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule  Repeat this total also on the Summary of Schedules

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets )

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief  11 U S C  § 507(a)(2)

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U S C  § 507 (a)(3)

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U S C  § 507(a)(4)

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U S C  § 507(a)(5)

☐ **Deposits by individuals**

Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided  11 U S C  § 507(a)(6)

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U S C  § 507(a)(7)

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U S C  § 507(a)(8)

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution  11 U S C  § 507(a)(9)

*Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment

_____0_____ continuation sheets attached

In re    **MAUREEN ANN KENNEY,**
　　　　**PATRICK JOHN KENNEY**

Case No _____

_____
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

　　State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition  Do not include claims listed in Schedules D and E  If all creditors will not fit on this page, use the continuation sheet provided

　　If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community "

　　If the claim is contingent, place an "X" in the column labeled "Contingent " If the claim is unliquidated, place an "X" in the column labeled "Unliquidated " If the claim is disputed, place an "X" in the column labeled "Disputed " (You may need to place an "X" in more than one of these three columns )

　　Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule  Report this total also on the Summary of Schedules

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM  IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No | | | **PURCHASES** | | | | |
| **Creditor #: 1** **ADVANTA** **C/O PRIMARY FINANCIAL** **3115 N. 3RD AVE, STE 112** **PHOENIX, AZ 85013** | | J | | | | | 5,778.00 |
| Account No | | | **PURCHASES** | | | | |
| **Creditor #: 2** **AMERICAN EXPRESS** **SUITE 0002** **CHICAGO, IL 60679** | | J | | | | | 2,027.00 |
| Account No | | | **NCO FINANCIAL** **PO BOX 7627** **FORT WASHINGTON, PA 19034** | | | | |
| **Representing:** **AMERICAN EXPRESS** | | | | | | | |
| Account No | | | **SERVICES** | | | | |
| **Creditor #: 3** **BROOKSVILLE REGIONAL** **PO BOX 10418** **BROOKSVILLE, FL 34603** | | J | | | | | 252.00 |

| | | |
|---|---|---|
| __6__  continuation sheets attached | Subtotal (Total of this page) | 8,057.00 |

Copyright (c) 1996-2000 - Best Case Solutions, Inc  Evanston, IL - (800) 492-8037　　　　　　　　　　　　　　　　　　　　　　　　　　S/N 26795-021205   Best Case Bankruptcy

In re     MAUREEN ANN KENNEY,
          PATRICK JOHN KENNEY

Case No _____

Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM  IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No<br>Representing:<br>**BROOKSVILLE REGIONAL** | | | **NATIONWIDE CREDIT**<br>PO BOX 740602<br>ATLANTA, GA 30374 | | | | |
| Account No<br>**Creditor #: 4**<br>**CAPITAL ONE**<br>**PO BOX 85147**<br>**RICHMOND, VA 23276** | | J | **PURCHASES** | | | | 2,845.00 |
| Account No<br>Representing:<br>**CAPITAL ONE** | | | **BRAY & SINGLETARY**<br>PO BOX 53197<br>JACKSONVILLE, FL 32201 | | | | |
| Account No<br>**Creditor #: 5**<br>**CAPITAL ONE**<br>**PO BOX 85147**<br>**RICHMOND, VA 23276** | | J | **PURCHASES** | | | | 2,520.00 |
| Account No<br>Representing:<br>**CAPITAL ONE** | | | **ASSOCIATED RECOVERY**<br>PO BOX 469046<br>ESCONDIDO, CA 92046 | | | | |

Sheet no __1__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,365.00

In re    MAUREEN ANN KENNEY,                                    Case No _____
         PATRICK JOHN KENNEY
                                                    Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No<br>Creditor #: 6<br>CITGO<br>PO BOX 9095<br>DES MOINES, IA 50368 | | J | PURCHASES | | | | 1,129.00 |
| Account No<br>Creditor #: 7<br>CITICORP CREDIT SERVICE<br>CENTRALIZED BANKRUPTCY<br>PO BOX 20507<br>KANSAS CITY, MO 64153 | | J | PURCHASES | | | | 13,712.00 |
| Account No<br>Representing:<br>CITICORP CREDIT SERVICE | | | PATRICK CAREY, P.A.<br>PO BOX 574226<br>ORLANDO, FL 32857 | | | | |
| Account No<br>Creditor #: 8<br>CONSECO<br>DEPARTMENT 0008<br>PALATINE, IL 60055 | | J | PURCHASES | | | | 1,587.00 |
| Account No<br>Creditor #: 9<br>DIRECT MERCHANTS<br>PO BOX 17036<br>BALTIMORE, MD 21297 | | J | PURCHASES | | | | 8,561.00 |

Sheet no __2__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                24,989.00

Copyright (c) 1996-2000 - Best Case Solutions, Inc - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re     MAUREEN ANN KENNEY,
          PATRICK JOHN KENNEY                                    Case No _____

                                    Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM  IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No<br>Creditor #: 10<br>FCNB/NEWPORT NEWS<br>9310 S.W. GEMINI DR.<br>PORTLAND, OR 97078 | | J | PURCHASES | | | | 988.00 |
| Account No<br>Representing:<br>FCNB/NEWPORT NEWS | | | ARROW FINANCIAL<br>PO BOX 469005<br>CHICAGO, IL 60646 | | | | |
| Account No<br>Creditor #: 11<br>HOME DEPOT<br>PO BOX 105982 DEPT 51<br>ATLANTA, GA 30353 | | J | PURCHASES | | | | 7,636.00 |
| Account No<br>Representing:<br>HOME DEPOT | | | CAPITAL MANAGMENT<br>726 EXCHANGE ST<br>BUFFALO, NY 14210 | | | | |
| Account No<br>Creditor #: 12<br>INTERCEPT SECURITY<br>4082 COMMERICAL WAY<br>SPRING HILL, FL 34606 | | J | SERVICES | | | | UNDETERMINED |

Sheet no ___3___ of ___6___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                8,624.00

In re    MAUREEN ANN KENNEY,
         PATRICK JOHN KENNEY

Case No _____

Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM   IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No<br>Representing:<br>INTERCEPT SECURITY | | | CAPSTONE CREDIT<br>PO BOX 1267<br>LUTZ, FL 33548 | | | | |
| Account No<br>Creditor #: 13<br>MARYLAND NATIONAL<br>C/O BRONSON & MIGLIANCCIO<br>2361 WEHALE DR<br>BUFFALO, NY 14221 | | J | PURCHASES | | | | 1,790.00 |
| Account No<br>Creditor #: 14<br>MBNA AMERICA<br>PO BOX 15137<br>WILMINGTON, DE 19886 | | J | PURCHASES | | | | 1,774.00 |
| Account No<br>Representing:<br>MBNA AMERICA | | | MANN, BRAKKEN LLC<br>229 PEACHTREE ST, SUITE 700<br>ATLANTA, GA 30303 | | | | |
| Account No<br>Creditor #: 15<br>MERRICK BANK<br>PO BOX 23356<br>PITTSBURGH, PA 15222 | | J | PURCHASES | | | | 3,441.00 |

Sheet no __4__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,005.00

Copyright (c) 1996-2000 - Best Case Solutions, Inc - Evanston, IL - (800) 492-8037

In re    MAUREEN ANN KENNEY,                                    Case No _____
         PATRICK JOHN KENNEY
                                                    Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM  IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No<br>Representing:<br>MERRICK BANK | | | PATRICK CAREY, P.A.<br>PO BOX 574226<br>ORLANDO, FL 32857 | | | | |
| Account No<br>Creditor #: 16<br>PPN/DR JAMES CUMMING<br>605 LAMAR AVE<br>BROOKSVILLE, FL 34601 | | J | SERVICES | | | | 192.00 |
| Account No<br>Creditor #: 17<br>RETAILERS/TARGET<br>PO BOX 59231<br>MINNEAPOLIS, MN 55459 | | J | PURCHASES | | | | 411.00 |
| Account No<br>Representing:<br>RETAILERS/TARGET | | | NCO FINANCIAL<br>507 PRUDENTIAL RD<br>HORSHAM, PA 19044 | | | | |
| Account No<br>Creditor #: 18<br>S&K FAMOUS BRANDS<br>C/O ARROW FINANCIAL<br>PO BOX 469005<br>CHICAGO, IL 60646 | | J | PURCHASES | | | | 817.00 |

Sheet no __5__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                    | 1,420.00
(Total of this page)

Copyright (c) 1996-2000  Best Case Solutions  Inc - Evanston  IL - (800) 492-8037                    Best Case Bankruptcy

In re    MAUREEN ANN KENNEY,                                              Case No _____
         PATRICK JOHN KENNEY

_____
                                    Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No<br>Creditor #: 19<br>SEARS, ROEBUCK * CO<br>RECOVERY DEPARTMENT<br>5400 UNIVERSITY STE A<br>WEST DES MOINES, IA 50265 | | J | PURCHASES | | | | 3,776.00 |
| Account No<br>Representing:<br>SEARS, ROEBUCK * CO | | | ALLIED INTERSTATE<br>PO BOX 6336<br>WEST PALM BEACH, FL 33416 | | | | |
| Account No<br>Representing:<br>SEARS, ROEBUCK * CO | | | SHERMAN ACQUISTION L.P.<br>PO BOX 785058<br>ORLANDO, FL 32878 | | | | |
| Account No<br>Creditor #: 20<br>WORLD WIDE ASSET<br>C/O LDG FINANCIAL SERVICES,<br>4553 WINTERS CHAPEL ROAD<br>STE 200<br>ATLANTA, GA 30360 | | J | PURCHASES | | | | 11,498.00 |
| Account No | | | | | | | |

Sheet no __6__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    15,274.00

Total
(Report on Summary of Schedules)                       70,734.00

Copyright (c) 1996-2000 - Best Case Solutions, Inc - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **MAUREEN ANN KENNEY,**                                     Case No _____
         **PATRICK JOHN KENNEY**

_____
                              Debtors

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property  Include any timeshare interests
State nature of debtor's interest in contract, i e , "Purchaser," "Agent," etc  State whether debtor is the lessor or lessee of a lease
Provide the names and complete mailing addresses of all other parties to each lease or contract described

NOTE    A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate
        schedule of creditors

■ Check this box if debtor has no executory contracts or unexpired leases

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest State whether lease is for nonresidential real property State contract number of any government contract |
|---|---|
|  |  |

In re    **MAUREEN ANN KENNEY,**
     **PATRICK JOHN KENNEY**

Case No _____

Debtors

# SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors  Include all guarantors and co-signers  In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule  Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case

■ Check this box if debtor has no codebtors

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

<u>0</u>  continuation sheets attached to Schedule of Codebtors

In re    **MAUREEN ANN KENNEY,**                              Case No _____
_____**PATRICK JOHN KENNEY**_____,

_____Debtors

# SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| | NAMES **None.** | AGE | RELATIONSHIP |
| **Married** | | | |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **JANITORIAL SERVICE** | **SERVICE TECH** |
| Name of Employer | **THE FINISHING TOUCH** | **CJM PROPERTY SERVICE** |
| How long employed | **11 YEARS** | **5 1/2 YEARS** |
| Address of Employer | **ST PETERSBURG, FL** | **ST PETERSBURG, FL** |

| INCOME (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ **1,300.00** | $ **3,294.00** |
| Estimated monthly overtime | $ **0.00** | $ **0.00** |
| SUBTOTAL | $ **1,300.00** | $ **3,294.00** |
| LESS PAYROLL DEDUCTIONS | | |
| a Payroll taxes and social security | $ **260.00** | $ **395.00** |
| b Insurance | $ **0.00** | $ **0.00** |
| c Union dues | $ **0.00** | $ **0.00** |
| d Other (Specify)_____ | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ **260.00** | $ **395.00** |
| TOTAL NET MONTHLY TAKE HOME PAY | $ **1,040.00** | $ **2,899.00** |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ **0.00** | $ **0.00** |
| Income from real property | $ **0.00** | $ **0.00** |
| Interest and dividends | $ **0.00** | $ **0.00** |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ **0.00** | $ **0.00** |
| Social security or other government assistance (Specify) _____ | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| Pension or retirement income | $ **0.00** | $ **0.00** |
| Other monthly income (Specify) _____ | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| TOTAL MONTHLY INCOME | $ **1,040.00** | $ **2,899.00** |

TOTAL COMBINED MONTHLY INCOME      $ **3,939.00**         (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document

In re   **MAUREEN ANN KENNEY,**            Case No _____
       **PATRICK JOHN KENNEY**

_____ ,
                       Debtors

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household Complete a separate schedule of expenditures labeled "Spouse "

| | |
|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 1,365.00 |
| Are real estate taxes included?   Yes __X__   No_____ | |
| Is property insurance included?   Yes __X__   No_____ | |
| Utilities  Electricity and heating fuel | $ 150.00 |
|         Water and sewer | $ 30.00 |
|         Telephone | $ 100.00 |
|         Other____**CABLE/GARBAGE**_____ | $ 50.00 |
| Home maintenance (repairs and upkeep) | $ 150.00 |
| Food | $ 500.00 |
| Clothing | $ 200.00 |
| Laundry and dry cleaning | $ 40.00 |
| Medical and dental expenses | $ 300.00 |
| Transportation (not including car payments) | $ 400.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc | $ 100.00 |
| Charitable contributions | $ 20.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
|         Homeowner's or renter's | $ 0.00 |
|         Life | $ *55.00* |
|         Health | $ 0.00 |
|         Auto | $ 140.00 |
|         Other_____ | $ 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | |
|       (Specify)_____ | $ 0.00 |
| Installment payments  (In chapter 12 and 13 cases, do not list payments to be included in the plan ) | |
|         Auto | $ 396.00 |
|         Other_____ | $ 0.00 |
|         Other_____ | $ 0.00 |
|         Other_____ | $ 0.00 |
| Alimony, maintenance, and support paid to others | $ 0.00 |
| Payments for support of additional dependents not living at your home | $ 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| Other_____ | $ 0.00 |
| Other_____ | $ 0.00 |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ 3,996.00 |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval

| | |
|---|---|
| A  Total projected monthly income | $ N/A |
| B  Total projected monthly expenses | $ N/A |
| C  Excess income (A minus B) | $ N/A |
| D  Total amount to be paid into plan each _____ | $ N/A |
|                    (interval) | |

# United States Bankruptcy Court
## Middle District of Florida

In re  MAUREEN ANN KENNEY
      PATRICK JOHN KENNEY

                                     Debtor(s)

Case No
Chapter   **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

      I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___20___ sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief

Date  12|23|03

Signature _____
               MAUREEN ANN KENNEY
               Debtor

Date  12/23/03

Signature _____
               PATRICK JOHN KENNEY
               Joint Debtor

*Penalty for making a false statement or concealing property*  Fine of up to $500,000 or imprisonment for up to 5 years or both 18 U S C §§ 152 and 3571.

Form 7
(9/00)

# United States Bankruptcy Court
## Middle District of Florida

In re   **MAUREEN ANN KENNEY**
        **PATRICK JOHN KENNEY** _____     Case No _____
                                    Debtor(s)                    Chapter    **7**   _____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs

Questions 1 - 18 are to be completed by all debtors  Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25  **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question

*DEFINITIONS*

*"In business "* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following  an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation, a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed

*"Insider "* The term "insider" includes but is not limited to  relatives of the debtor, general partners of the debtor and their relatives, corporations of which the debtor is an officer, director, or person in control, officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives, affiliates of the debtor and insiders of such affiliates, any managing agent of the debtor  11 U S C  § 101

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced  State also the gross amounts received during the **two years** immediately preceding this calendar year  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income  Identify the beginning and ending dates of the debtor's fiscal year ) If a joint petition is filed, state income for each spouse separately  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| AMOUNT | SOURCE (if more than one) |
|---|---|
| **$3,200.00** | **2003 EMPLOYMENT** |
| **$9,692.00** | **2002 EMPLOYMENT** |
| **$14,221.00** | **2001 EMPLOYMENT** |
| **$32,431.00** | **2003 EMPLOYMENT** |
| **$36,181.00** | **2002 EMPLOYMENT** |
| **$31,234.00** | **2001 EMPLOYMENT** |

2

**2. Income other than from employment or operation of business**

None
■    State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case Give particulars If a joint petition is filed, state income for each spouse separately (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

      AMOUNT                SOURCE

**3. Payments to creditors**

None
■    a List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■    b List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐    a List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **CAPITAL ONE BANK, A CORPORATION, VS MAUREEN A MINARD, PATRICK KENNEY**<br><br>**CASE NO.: 03-264-SP, DIVISION: H-27** | **UNPAID DEBT** | **COUNTY COURT, HERNANDO COUNTY, FLORIDA** | **PENDING** |
| **CITIBANK(SOUTH DAKOTA), N.A. VS. MAUREEN KENNEY**<br><br>**CASE NO.: H-27-CC-2003000050** | **UNPAID DEBT** | **COUNTY COURT, HERNANDO COUNTY, FLORIDA** | **PENDING** |

None
■    b Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

3

**5. Repossessions, foreclosures and returns**

None
■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None
■ a Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■ b List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **FEINBERG, ISAAK, SMITH, P.A.**<br>**DBA DEBT RELIEF LEGAL CENTER**<br>**PO BOX 172239**<br>**TAMPA, FL 33672-0239** | | **ATTORNEY FEES: $895.00**<br>**COURT FEES: $209.00** |

4

**10. Other transfers**

None ■   List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

**11. Closed financial accounts**

None ■   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case Include checking, savings, or other financial accounts, certificates of deposit, or other instruments, shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12. Safe deposit boxes**

None ■   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None ■   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None ■   List all property owned by another person that the debtor holds or controls

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None ■   If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case If a joint petition is filed, report also any separate address of either spouse

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

5

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state

NAME

**17. Environmental Information**

For the purpose of this question, the following definitions apply

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■

b  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material  Indicate the governmental unit to which the notice was sent and the date of the notice

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■

c  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

**18 . Nature, location and name of business**

None
☐

a  If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case

| NAME | TAXPAYER I D NUMBER | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |
| **THE FINISHING TOUCH CLEANING CARE** | | **PROFFESSIONS, INC.** | **JANITORAL SERVICES** | **FEBRUARY 1994 - PRESENT** |

6

None
 b  Identify any business listed in response to subdivision a , above, that is "single asset real estate" as defined in 11 U S C  § 101

NAME                                     ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following  an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation, a partner, other than a limited partner, of a partnership, a sole proprietor or otherwise self-employed

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page )*

### 19.  Books, records and financial statements

None
☐  a  List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor

NAME AND ADDRESS                                                     DATES SERVICES RENDERED
**DEBTOR**

None
■  b  List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor

NAME                          ADDRESS                              DATES SERVICES RENDERED

None
☐  c  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor  If any of the books of account and records are not available, explain

NAME                                              ADDRESS
**DEBTOR**

None
■  d  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor

NAME AND ADDRESS                                     DATE ISSUED

### 20.  Inventories

None
■  a  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory

DATE OF INVENTORY          INVENTORY SUPERVISOR          DOLLAR AMOUNT OF INVENTORY
                                                         (Specify cost, market or other basis)

None
■  b  List the name and address of the person having possession of the records of each of the two inventories reported in a , above

                                                         NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
DATE OF INVENTORY                                        RECORDS

### 21 .  Current Partners, Officers, Directors and Shareholders

None
■  a  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership

NAME AND ADDRESS                          NATURE OF INTEREST                 PERCENTAGE OF INTEREST

7

None ☐    b If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **MAUREEN KENNEY** | **PRESIDENT** | **100%** |

### 22 . Former partners, officers, directors and shareholders

None ■    a If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the *commencement of this case*

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■    b If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23 . Withdrawals from a partnership or distributions by a corporation

None ■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 24. Tax Consolidation Group.

None ■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of the case

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER |
|---|---|

### 25. Pension Funds.

None ■    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER |
|---|---|

8

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct

Date  12/23/03          Signature  _____
                                   MAUREEN ANN KENNEY
                                   Debtor

Date  12/23/03          Signature  _____
                                   PATRICK JOHN KENNEY
                                   Joint Debtor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both  18 U S C. §§ 152 and 3571

Official Form 8
(9/97)

# United States Bankruptcy Court
## Middle District of Florida

In re   MAUREEN ANN KENNEY
     PATRICK JOHN KENNEY                                   Case No _____
                                       Debtor(s)      Chapter    **7** _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1   I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate

2   I intend to do the following with respect to the property of the estate which secures those consumer debts.

    *a  Property to Be Surrendered*

| Description of Property | Creditor's name |
| --- | --- |
| -NONE- | |

    *b  Property to Be Retained*                             *[Check any applicable statement ]*

| | Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U S C § 722 | Debt will be reaffirmed pursuant to 11 U S C § 524(c) |
| --- | --- | --- | --- | --- | --- |
| 1. | 2001 SUZUKI (50,000 MILES) VIN#JS3TY92V214106349 | AMERICAN SUZUKI | | | X |
| 2. | HOMESTEAD Location. 21152 TED ROAD, BROOKSVILLE FL 34601 | CHASE MANHATTAN BANK | | | X |
| 3. | HOMESTEAD Location: 21152 TED ROAD, BROOKSVILLE FL 34601 | SUNTRUST MORTGAGE | | | X |

Official Form 8
(9/97)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

Date 12/23/03                    Signature _____
                                 MAUREEN ANN KENNEY
                                 Debtor

Date 12/25/03                    Signature _____
                                 PATRICK JOHN KENNEY
                                 Joint Debtor

KENNEY, MAUREEN and PATRICK -

AMERICAN SUZUKI
PO BOX 681811
FRANKLIN, TN 37068

CHASE MANHATTAN BANK
PO BOX 9001871
LOUISVILLE, KY 40290

SUNTRUST MORTGAGE
PO BOX 305053
NASHVILLE, TN 37230

ADVANTA
C/O PRIMARY FINANCIAL
3115 N 3RD AVE, STE 112
PHOENIX, AZ 85013

AMERICAN EXPRESS
SUITE 0002
CHICAGO, IL 60679

BROOKSVILLE REGIONAL
PO BOX 10418
BROOKSVILLE, FL 34603

CAPITAL ONE
PO BOX 85147
RICHMOND, VA 23276

CITGO
PO BOX 9095
DES MOINES, IA 50368

CITICORP CREDIT SERVICE
CENTRALIZED BANKRUPTCY
PO BOX 20507
KANSAS CITY, MO 64153

CONSECO
DEPARTMENT 0008
PALATINE, IL 60055

DIRECT MERCHANTS
PO BOX 17036
BALTIMORE, MD 21297

FCNB/NEWPORT NEWS
9310 S.W. GEMINI DR
PORTLAND, OR 97078

HOME DEPOT
PO BOX 105982 DEPT 51
ATLANTA, GA 30353

KENNEY, MAUREEN and PATRICK -


INTERCEPT SECURITY
4082 COMMERICAL WAY
SPRING HILL, FL 34606

MARYLAND NATIONAL
C/O BRONSON & MIGLIANCCIO
2361 WEHALE DR
BUFFALO, NY 14221

MBNA AMERICA
PO BOX 15137
WILMINGTON, DE 19886

MERRICK BANK
PO BOX 23356
PITTSBURGH, PA 15222

PPN/DR JAMES CUMMING
605 LAMAR AVE
BROOKSVILLE, FL 34601

RETAILERS/TARGET
PO BOX 59231
MINNEAPOLIS, MN 55459

S&K FAMOUS BRANDS
C/O ARROW FINANCIAL
PO BOX 469005
CHICAGO, IL 60646

SEARS, ROEBUCK * CO
RECOVERY DEPARTMENT
5400 UNIVERSITY STE A
WEST DES MOINES, IA 50265

WORLD WIDE ASSET
C/O LDG FINANCIAL SERVICES,
4553 WINTERS CHAPEL ROAD
STE 200
ATLANTA, GA 30360

ALLIED INTERSTATE
PO BOX 6336
WEST PALM BEACH, FL 33416

ARROW FINANCIAL
PO BOX 469005
CHICAGO, IL 60646

ASSOCIATED RECOVERY
PO BOX 469046
ESCONDIDO, CA 92046

KENNEY, MAUREEN and PATRICK -


BRAY & SINGLETARY
PO BOX 53197
JACKSONVILLE, FL 32201

CAPITAL MANAGMENT
726 EXCHANGE ST
BUFFALO, NY 14210

CAPSTONE CREDIT
PO BOX 1267
LUTZ, FL 33548

MANN, BRAKKEN LLC
229 PEACHTREE ST, SUITE 700
ATLANTA, GA 30303

NATIONWIDE CREDIT
PO BOX 740602
ATLANTA, GA 30374

NCO FINANCIAL
507 PRUDENTIAL RD
HORSHAM, PA 19044

NCO FINANCIAL
PO BOX 7627
FORT WASHINGTON, PA 19034

PATRICK CAREY, P A
PO BOX 574226
ORLANDO, FL 32857

SHERMAN ACQUISTION L P
PO BOX 785058
ORLANDO, FL 32878

# United States Bankruptcy Court
## Middle District of Florida

In re    **MAUREEN ANN KENNEY**
       **PATRICK JOHN KENNEY**                   Case No _____

                                  Debtor(s)          Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge

Date. _12|23|03_

           MAUREEN ANN KENNEY
           Signature of Debtor

Date _12/23/03_

           PATRICK JOHN KENNEY
           Signature of Debtor

# United States Bankruptcy Court
## Middle District of Florida

In re  MAUREEN ANN KENNEY
      PATRICK JOHN KENNEY

Debtor(s)

Case No _____

Chapter  **7**  _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1   Pursuant to 11 U S C § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 895.00 |
| Prior to the filing of this statement I have received | $ | 895.00 |
| Balance Due | $ | 0.00 |

2   $ **209.00** of the filing fee has been paid

3   The source of the compensation paid to me was

    ☒ Debtor (SEE ATTACHED)    ☐    Other (specify)

4   The source of compensation to be paid to me is

    ☒ Debtor    ☒ Other (specify)  (SEE ATTACHED)

5   ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached

6   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including
a  [Other provisions as needed]
    **(SEE ATTACHED)**

7   By agreement with the debtor(s), the above-disclosed fee does not include the following service
    **(SEE ATTACHED)**

---

## CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding

Dated  *December 30, 2003*

**ZIONA KOPELOVICH, ESQ.**
**FEINBERG, ISAAK, & SMITH, P.A.**
**D/B/A DEBT RELIEF LEGAL CENTERS**
**P.O. BOX 172239**
**TAMPA, FL 33672-0239**
**813-229-2221  Fax: 813-225-1315**

---

# RETAINER AGREEMENT (CHAPTER 7)

CLIENT(S) *Maureen + Patrick Kenney*   DATE OF APPLICATION *2/11/03*

The undersigned client(s)("Client") requests the legal services of Feinberg, Isaak & Smith, P A  d/b/a DEBT RELIEF LEGAL CENTERS, Attorneys at law ("Attorneys"), to represent Client in a Petition under 11 U S C  Chapter 7  Client will pay Attorneys a legal fee of $ *895*, payable as follows

| | | AMOUNT | DUE DATE | METHOD OF PAYMENT | RECEIVED BY |
|---|---|---|---|---|---|
| 1 | Initial payment | $ *55* | *2/11* | *Cash* | *PK* |
| 2 | Miscellaneous payment | $ | | cash/money order | |
| 3 | Payment when Client brings Questionnaire back | $ *400* | *12/11* | *Cash* cash/money order | *PK* |
| 4 | Miscellaneous payment | $ | | cash/money order | |
| 5 | Final payment at document signing appointment | $ *445* | *12/23* | *Cash* cash/money order | *PK* |
| | Total | $ *895* | + filing fee ($200 00) | | |

NOTE  In addition to the foregoing quoted Attorneys fees, Client shall pay a filing fee of $200.00 at the final document signing appointment by money order made payable to "U S  Bankruptcy Court"   (Filing fee is subject to change without notice.)

Client understands that if any payment is late or the fees are not paid in full within three (3) months, unless Attorneys agree in writing to reschedule payment or amount, the Petition shall not be filed, and all monies paid to that date will be forfeited with the file being closed without refund and no further action taken or services rendered by Attorneys  ALL FEES PAID ARE CONSIDERED EARNED BY ATTORNEYS UPON PAYMENT BY CLIENT AND ARE NON-REFUNDABLE.

Client understands that the legal fee covers only pre-filing consultations regarding Client's bankruptcy case, post-filing creditor calls, preparation and filing of original Petition and Attorneys' representation at Meeting of Creditors  Attorneys' services are concluded after discharge of the Chapter 7 case  CLIENT AGREES THAT NO ORIGINAL DOCUMENTS WILL BE STORED IN THE FILE MAINTAINED WITH THE ATTORNEYS  Client further understands and consents to their case file being destroyed 90 days after the entry of their Discharge Order

Client understands that this legal fee does not include Attorneys' representation in any other pending or future legal matters including, but not limited to, foreclosure actions, garnishment proceedings, eviction proceedings, adversary proceedings, motions to avoid lien, motion for relief from stay, motions for the modification or amendment of schedules or other miscellaneous matters arising in or related to the bankruptcy case  Attorneys may represent Client in such actions only in the event a written Supplemental Retainer Agreement is executed  Client further understands and agrees that the Attorneys shall not be held liable to Client for any changes in the law that may in any way affect the outcome of Client's case which occur between the time Client executes this Retainer Agreement and Client's case is filed in the U S  Bankruptcy Court

Client understands that property and possessions are not fully protected by law until all Attorneys' fees and filing fees are paid and the case is filed in the Bankruptcy Court  CLIENT UNDERSTANDS AND AGREES THAT ALL ATTORNEYS' FEES AND FILING FEES MUST BE PAID IN FULL AND THE CASE MUST BE FILED PRIOR TO ANY SCHEDULED FORECLOSURE SALE.  CLIENT IS RESPONSIBLE FOR MONITORING ANY STATE COURT FORECLOSURE ACTION AND SHALL INFORM ATTORNEYS OF THE FORECLOSURE SALE DATE IN SUFFIENT TIME TO PREPARE AND FILE THE BANKRUPTCY CASE  Client may NOT refer creditors to the Attorneys' office until after Client's case has been filed in the Bankruptcy Court  Client understands that additional fees may be charged resulting from Client's failure to appear at scheduled appointments or any required court hearings, failure to provide necessary information to conduct appointments, or changes in debts or assets as listed in the Initial Consultation Questionnaire  Client understands Attorneys' directions to discontinue using credit cards or borrowing money after signing the Retainer Agreement

Client understands that it is their sole responsibility to provide Attorneys with updated and current governmental income tax history transcripts for all tax years that Client has any income tax liability  Further, Client understands that failure to provide Attorneys with the foregoing income tax information may result in the untimely filing of Client's case, and the nondischargeability of Client's income tax debt

Attorneys are authorized to take any action considered necessary and proper to protect the Client's interest in connection with the Petition  However, it is understood that there are no warranties regarding a successful outcome or the length of time required to conclude a matter and that any representations made by Attorneys or staff are opinion only  Client is employing Attorneys for services and no specific result is guaranteed  Client understands that services will be rendered by Attorneys and other non-attorney staff members in connection with Client's case, but specific legal advice may be rendered only by an Attorney  Any information provided by non-attorney staff members is not to be construed or relied upon as legal advice

DATE ACCEPTED *2·11·03*

ATTORNEY *Linda Gjelovich*
FEINBERG, ISAAK & SMITH, P A  d/b/a DEBT RELIEF LEGAL CTRS

CLIENT *Patrick M Kenney*

CLIENT

*Form 30*
*Revised 06/25/2001*
©1999, Debt Relief Legal Centers